IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

EDDIE MADDOX, AIS 246621,        :

   Plaintiff,                :

vs.                               :        CIVIL ACTION NO. 13-00121-KD-C

COI GIPSON, *et al.*,             :

   Defendants.

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the defendants' motion for summary judgment (Doc. 19; *see also* Doc. 20) is **GRANTED** and plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this the 24th day of March 2014.

    s/KRISTI K. DuBOSE
**UNITED STATES DISTRICT JUDGE**